MM-T

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Erick Caffarello | ) | Case No: 12 C 8300 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| ADS Logistics Co., LLC | ) | |
| | ) | |

### ORDER

Plaintiff's motion for preliminary approval of proposed class action settlement is granted. [61] Enter Order of Preliminary Approval, Notice to the Settlement Class, and Conditional Certification. Plaintiff's motion to certify the class is granted. [16] It is ordered that Plaintiff Erick Caffarello is appointed as the representative plaintiff in this class action. A fairness hearing is set for 11/24/14 at 9:00 a.m.

Date: 7/24/14                                          /s/ Thomas M. Durkin