Case: 1:12-cv-08300 Document #: 64 Filed: 07/24/14 Page 1 of 2 PageID #:343
Case: 1:12-cv-08300 Document #: 61-3 Filed: 07/23/14 Page 1 of 2 PageID #:325

MM-T

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERICK CAFFARELLO, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADS LOGISTICS CO., LLC<br><br>Defendant. | **JURY TRIAL DEMANDED**<br><br>No. 1:12-cv-08300<br><br>Hon. Thomas M. Durkin |

## [~~PROPOSED~~] ORDER OF PRELIMINARY APPROVAL, NOTICE TO THE SETTLEMENT CLASS, AND CONDITIONAL CERTIFICATION

Upon consideration of the Motion for Preliminary Approval of Class Action Settlement, and its supporting exhibits; and

It appearing that the proposed settlement is fair and reasonable; and

It further appearing that the Notice of Class Action Settlement and an opportunity to object or exclude will be sent to all Class Members,

It is therefore this 24 day of July 2014:

ORDERED that the Parties' class-wide settlement is preliminarily fair and reasonable;

ORDERED that for purposes of settlement under Rule 23(b)(3) of the Federal Rules of Civil Procedure, a Settlement Class is certified consisting of the following Class:

> All persons residing in the United States or its territories to whom Defendant provided, during the Class Period, either: (1) a FCRA disclosure and authorization form for applicants for non-driver positions; or (2) a paper version of the FCRA disclosure and authorization form for applicants for driver positions, excluding (i) all persons who timely and validly request exclusion from the Settlement Class; (ii) Defendant's attorneys; (iii) Plaintiff's attorneys; (iv) any judge who has presided over either mediation or disposition of this case and the members of his or her immediate family.

ORDERED that Plaintiff Erick Caffarello is appointed as the representative plaintiff in this class action;

ORDERED that Progressive Law Group LLC in Chicago, Illinois, and Mark Bulgarelli

and Ilan Chorowsky, are appointed as class counsel for the Settlement Class;

ORDERED that:

As provided in the Parties' filed Settlement Agreement, within thirty (30) calendar days of the date of this Order, Defendant shall cause the Settlement Administrator to send by first class U.S. Mail, to each Class Member, the Notice of Class Action Settlement approved by the Court;

Class Members shall opt-out or lodge objections, as set forth in the Notice; and

The Parties shall cooperate in effectuating all terms of the Parties' Settlement Agreement, including exchange of information needed, identifying a class list, provision of necessary data, facilitation of the distribution process, and other issues as they arise;

ORDERED that the form and content of the Notice of Class Action Settlement is adequate, proper, comports with Due Process and is hereby approved;

ORDERED that the Notice of Class Action Settlement, and its delivery to the Class Members by U.S. Mail, is hereby found to be a suitable means of providing notice to the members of the Class and will constitute due and sufficient notice of the proposed Settlement to all persons; and

ORDERED that a fairness hearing be held on Nov 24, 2014 at 9:00 AM.

Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, and other exhibits that they jointly agree are reasonable or necessary.

_Thomas M Durkin_
Honorable Thomas M. Durkin
United States District Judge

2