UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICK CAFFARELLO, on behalf of himself and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ADS LOGISTICS CO., LLC <br><br> Defendant. | **JURY TRIAL DEMANDED** <br><br> No. 1:12-cv-08300 <br><br> Hon. Thomas M. Durkin |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Erick Caffarello, individually and on behalf of all others similarly situated, by and through his counsel, hereby respectfully moves this Court for Final Approval of Proposed Settlement and Settlement Class Certification for the reasons set forth in Plaintiff's Memorandum in Support of Unopposed Motion for Final Approval of Proposed Class Action Settlement.

Defendant ADS Logistics Co., LLC does not oppose this Motion.

WHEREFORE, Plaintiff Erick Caffarello respectfully requests that the Court enter the Parties' agreed final approval order, which is submitted herewith as Exhibit A.

Dated: November 19, 2014        Respectfully submitted,

Erick Caffarello, on behalf of himself and all similarly situated persons

/s/ Mark A. Bulgarelli
Mark A. Bulgarelli, Esq.
Ilan Chorowsky, Esq.
PROGRESSIVE LAW GROUP LLC
1 N. LaSalle Street, Suite 2255
Chicago, IL 60602
(312) 787-2717 (voice)

## **CERTIFICATE OF SERVICE**

      I, Mark A. Bulgarelli, hereby certify that I caused a copy of the foregoing Unopposed Motion for Final Approval of Class Action Settlement to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties on November 19, 2014.

                                                                 By: s/ Mark A. Bulgarelli